IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH RICH | : CIVIL ACTION |
| v. | : NO. 18-3744 |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | : |

## ORDER

**AND NOW**, this 6th day of August 2020, upon considering the Plaintiff's Motion for attorney's fees (ECF Doc. No. 33), the Commissioner's Response (ECF Doc. No. 34), and for reasons in the accompanying Memorandum, it is **ORDERED** the Plaintiff's Motion (ECF Doc. No. 33) is **DENIED**.

KEARNEY, J.